IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 23 PM 12: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                             CR. NO. 05-20147-D

KERRI PEEPLES

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND **SETTING**

---

This cause came on for a report date on May 19, 2005. At that time, counsel for the defendant requested a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to July 5, 2005 with a **report date of Thursday, June 30, 2005, at 9:00 a.m.**, in Courtroom 3, 9th Floor of the Federal Building, Memphis, TN.

The period from May 19, 2005 through July 15, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 20 day of May, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20147 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT